UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE DON WORK,<br><br>    Plaintiff,<br><br>    v.<br><br>HUMBOLDT COUNTY CORRECTIONAL FACILITY, et al.,<br><br>    Defendants. | Case No. 24-cv-00103-RMI<br><br>**ORDER** |

On January 4, 2024, Plaintiff was provided twenty-eight days to file an application to proceed *in forma pauperis* (IFP) or pay the full filing fee (dkt. 4). Since then, Plaintiff has not filed an IFP application, paid the filing fee or otherwise communicated with the Court. Accordingly, Plaintiff is once again **ORDERED** to submit an IFP application or pay the filing fee within **fourteen days** of service of this Order; otherwise, this case may be dismissed.

**IT IS SO ORDERED.**

Dated: February 14, 2024

ROBERT M. ILLMAN
United States Magistrate Judge