UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE DON WORK,<br><br>  Plaintiff,<br><br>  v.<br><br>HUMBOLDT COUNTY CORRECTIONAL FACILITY, et al.,<br><br>  Defendants. | Case No. 24-cv-00103-HSG<br><br>**ORDER OF DISMISSAL** |

On or about January 4, 2024, Plaintiff commenced this action by filing a complaint with the Court. Dkt. No. 1. That same day, the Court sent Plaintiff a notice that the action was deficient because he had not paid the filing fee and his application for leave to proceed *in forma pauperis* did not include the required supporting documents, namely the Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at his correctional facility and a copy of his prisoner trust account statement showing transactions for the last six months. Dkt. No. 4. The Court informed Plaintiff that he should correct this deficiency by February 1, 2024, or the action would be dismissed. *Id.* The Court sent Plaintiff a blank *in forma pauperis* application form. *Id*. The deadline has passed, and Plaintiff has not filed an *in forma pauperis* application, or paid the filing fee, or otherwise communicated with the Court. Accordingly, this action is DISMISSED for failure to either pay the filing fee or file a complete *in forma pauperis* application. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by either the filing fee or a complete *in forma pauperis* application.

//

//

The Clerk shall enter judgment in favor of Defendants and against Plaintiff, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED.**

Dated: 4/22/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge